UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KALEB LINGG,

    Plaintiff,

v.

                                              CASE NO. 8:25-cv-02254-SDM-CPT

FLUID APPLIED ROOFING, LLC, et al,

    Defendants.
_____/

**ORDER**

    Alleging breach of contract and violations of the Fair Labor Standards Act, Kaleb Lingg sues (Doc. 1) Fluid Applied Roofing, LLC, and EGreen Management Services, LLC. The defendants move (Doc. 9) to dismiss under Rule 12(b)(3), Federal Rules of Civil Procedure, for improper venue and move in the alternative to transfer the action to the Southern District of Ohio. Lingg responds. (Doc. 12) Because (1) both defendants are Ohio corporations; (2) most, if not all, relevant events occurred in Ohio; and (3) Lingg signed a contract with Fluid Applied Roofing providing that "The parties irrevocably consent to the exclusive personal jurisdiction of the federal and state courts having a situs in Greene County, Ohio over or with respect to any legal proceeding brought to interpret or enforce any provision of this Agreement," (Doc. 1-3 at 7), the defendants' motion to transfer the action is GRANTED. For these reasons and those appearing in the defendants' motion, the

action is TRANSFERRED to the U.S. District Court for the Southern District of Ohio, Dayton Division. The clerk must close the case.

ORDERED in Tampa, Florida, on November 26, 2025.

                                                STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE